**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Clifford Lee Tanner,<br><br>Defendant. | No. CR-13-50019-001-TUC-DCB (DTF)<br><br>**ORDER** |

On February 21, 2013, this case was transferred to this jurisdiction. Defendant was on supervised release. On August 30, 2013, a Petition to Revoke was filed because Defendant committed another drug offense while on supervised release. Defendant's supervised release was revoked, and he was sentenced on December 1, 2014, to a term of 21 months and one day, with no supervised release to follow. The Court ordered the sentence to run consecutive with to the sentence imposed in Pima County Superior Court case number CR-20133060-001. The Court ordered that the defendant is given credit for time served. (Amended Judgment (Doc. 33)).

On October 24, 2019, the Defendant filed a Motion for Reconsideration Sentence, which complains that the Bureau of Prison time served calculation is wrong, and he has served his time and is being held past his release date. (Motion (Doc. 35); Notice (Doc. 37)).

**Accordingly,**

**IT IS ORDERED** that within 14 days of the filing date of this Order, the Federal

Public Defenders Office shall assign an attorney to review the Defendant's claims and file a response with the Court explaining the time served calculation being made by the Bureau of Prisons.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to the Federal Public Defenders Office.

Dated this 13th day of October, 2020.

David C. Bury
United States District Judge